IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANNETTE M. LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3013 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BECKI J. KEESHAN, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion for an Order compelling the plaintiff to file full and complete Answers to Interrogatories and Responses to Requests for Production of Documents. Filing No. 27. As to the document production requests, the defendant states the plaintiff has never responded. As to the interrogatory responses, the defendant states the Excel spreadsheet provided as her Answers to Interrogatories Nos. 1,2,3,4, and 10 is unclear and difficult to read–and the court agrees.

The plaintiff has not responded to the defendant's motion, and the deadline for responding has passed. The motion is therefore deemed unopposed.

Accordingly,

IT IS ORDERED:

1) The defendant's motion to compel, (filing no. 27), is granted.

2) On or before March 6, 2012, the plaintiff shall provide:

   a. Full and complete responses to the defendant's Requests for Production of Documents, and

   b. A clear, legible, and understandable copy of the Excel spreadsheet prepared in answer to Interrogatory Nos. 1,2,3,4, and 10.

February 24, 2012.                                BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge