IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANNETTE M. LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3013 |
| | ) | |
| v. | ) | |
| | ) | |
| BECKI J. KEESHAN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

On May 15, 2012, the parties participated in a telephonic conference with the undersigned to discuss the pending motions and further progression of this case. Based upon the agreement of the parties,

IT IS ORDERED:

1) Plaintiff shall respond to Defendant's Motion to Quash Notice of Deposition of Dr. Marcus Schroeder, (filing no. 34), Defendant's Motion to Exclude Testimony, (filing no. 39), and Defendant's Motion to Extend Deposition Deadline, (filing no. 42) on or before May 29, 2012.

2) Plaintiff's response to Defendant's Motion for Summary Judgment, (filing no. 46), is stayed until further order of the court.

3) The pretrial conference, scheduled for May 17, 2012 at 10:00 a.m., and the trial, scheduled for June 4, 2012, in this case are stayed until further order of the court.

DATED this 16th day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge