IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEANNETTE M. LOPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>BECKI J. KEESHAN,<br><br>        Defendant. | 4:11CV3013<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED:

1)   The parties' joint motion to extend the discovery deadline, (Filing No. 74), is granted.   The discovery deadline is extended to November 1, 2013.

2)   A telephonic conference before the undersigned magistrate judge will be held on October 22, 2013 at 11:00 a.m. to discuss the status of case progression and potential settlement.   Counsel for plaintiff shall place the call.

July 15, 2013.

                                                          BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge