IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEANNETTE M. LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>BECKI J. KEESHAN,<br><br>    Defendant. | **4:11CV3013**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The plaintiff's motion to reconsider, (Filing No. 78), is denied.

2) The defendant's objection, (Filing No. 79), is denied as moot.

3) The court has extended the discovery deadline four times, (see attached), but on August 1, 2013, more than a year after this case was originally to be tried, plaintiff's counsel stated "[n]ot a single deposition has been taken in this matter, nor are any scheduled." (Filing No. 78).

In light of this information, a telephonic conference before the undersigned magistrate judge will be held on **September 10, 2013** at **11:30 a.m.** to discuss an October trial setting. Counsel for plaintiff shall place the call.

September 3, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge

CONSENTMAGISTRATEJUDGE,LENGTHOFTRIAL−3,TRIAL−LINCOLN

# U.S. District Court
## District of Nebraska (4 Lincoln)
## ABRIDGED CIVIL DOCKET FOR CASE #: 4:11−cv−03013−CRZ
*continuances*

Lopez v. Keeshan  
Assigned to: Magistrate Judge Cheryl R. Zwart  
Cause: 28:1332 Diversity−Personal Injury  

Date Filed: 02/02/2011  
Jury Demand: Both  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity  

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2012 | 42 | MOTION to Extend *Deposition Deadline* by Attorney Sonya K. Koperski on behalf of Defendant Becki J. Keeshan.(Koperski, Sonya) (Entered: 04/30/2012) |
| 06/20/2012 | 53 | MEMORANDUM AND ORDER regarding pending motions: <br>1) Defendant's motion to quash the notice of deposition of Dr. Marcus Schroeder, (filing no. 34 ), is denied. <br>2) Defendant's motion to exclude expert testimony, (filing no. 39 ), is denied as to Dr. Marcus Schroeder, Dr. Curtis Partington, Dr. Ghaus Malik, Dr. Dave Kline, and granted as to any testimony of the Plaintiff serving as her own expert. <br>3) Plaintiff's motion to extend the time for the submission of expert reports and motion in limine to determine whether Plaintiff may testify as a lay witness and an expert, (filing no. 37 ), is denied. <br>4) Defendant's motion to extend the deposition deadline to take Plaintiff's deposition, (filing no. 42 ), is granted. <br>5) Plaintiff's response to the defendant's motion for summary judgment shall be filed on or before July 3, 2012, with any reply thereto filed on or before July 10, 2012. <br>Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 06/20/2012) |
| 10/01/2012 | 66 | Joint STIPULATION *to Continue Pretrial Conference and Trial* by Attorney Sonya K. Koperski on behalf of Defendant Becki J. Keeshan.(Koperski, Sonya) (Entered: 10/01/2012) |
| 10/01/2012 | 67 | TEXT ORDER granting 66 Stipulation. The trial and pretrial conference are continued until further order of the court. On or before October 10, 2012, counsel for the parties shall contact my chambers and set a conference call for futher progression of this case to trial. Ordered by Magistrate Judge Cheryl R. Zwart. (Zwart, Cheryl) (Entered: 10/01/2012) |
| 10/09/2012 | 68 | TEXT ORDER SETTING HEARING: <br>1) The discovery deadline is extended to March 5, 2013. <br>2) A status conference to discuss the trial and pretrial conference setting will be held on **March 12, 2013 at 1:00 p.m.** by telephone before Magistrate Judge Cheryl R. Zwart. Counsel for the plaintiff shall place the call. <br>Ordered by Magistrate Judge Cheryl R. Zwart. (Zwart, Cheryl) (Entered: 10/09/2012) |
| 02/18/2013 | 71 | Joint STIPULATION *to Extend Discovery Deadline* by Attorney Sonya K. Koperski on behalf of Defendant Becki J. Keeshan.(Koperski, Sonya) (Entered: 02/18/2013) |
| 02/20/2013 | 72 | TEXT ORDER granting 71 Stipulation. <br>1) The discovery deadline is extended to July 1, 2013. <br>2) The telephonic status conference to discuss the trial and pretrial conference setting, previously scheduled for March 12, 2013, is continued, and will be held on **July 9, 2013 at 10:00 a.m.** before Magistrate Judge Cheryl R. Zwart. Counsel for the plaintiff shall place the call. <br>Ordered by Magistrate Judge Cheryl R. Zwart. (Zwart, Cheryl) (Entered: 02/20/2013) |

| 06/28/2013 | 74 | Joint MOTION to Extend *Discovery Deadline* by Attorney Sonya K. Koperski on behalf of Defendant Becki J. Keeshan.(Koperski, Sonya) (Entered: 06/28/2013) |
| --- | --- | --- |
| 07/15/2013 | 77 | ORDER – The parties' joint motion to extend the discovery deadline, (Filing No. 74 ), is granted. The discovery deadline is extended to November 1, 2013. A telephonic conference before the undersigned magistrate judge will be held on October 22, 2013 at 11:00 a.m. to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call. Ordered by Magistrate Judge Cheryl R. Zwart. (GJG) (Entered: 07/15/2013) |