IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEANNETTE M. LOPEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BECKI J. KEESHAN,<br><br>　　　　　Defendant. | 4:11CV3013<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Tanya J. Hansen and Sonya K. Koperski of Leininger, Smith, Johnson, Baack, Placzek & Allen as counsel of record on behalf of the defendant, (filing no. 85), is granted.

September 24, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge