IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEANNETTE M. LOPEZ,

                    Plaintiff,

          vs.

BECKI J. KEESHAN,

                    Defendant.

**4:11CV3013**

**JUDGMENT OF DISMISSAL**

Pursuant to the parties' stipulation for dismissal of this case, (filing no. 89),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against the defendant are dismissed with prejudice, each party to pay their own costs and attorney fees.

February 21, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge